**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

NATHAN BEITLER,                                          :
                Plaintiff,                           :
                                                 :
                v.                                 :          Civil No.: 5:26-cv-00627
                                                 :
PROGRESSIVE DIRECT INSURANCE                :
COMPANY, et al.,                                       :
                Defendants.                       :

---

**ORDER**

**AND NOW**, this 14th day of April, 2026, upon consideration of Plaintiff's Complaint (ECF No. 1), Defendant's Motion to Dismiss (ECF No. 6), and Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss Count II of Plaintiff's Complaint (ECF No. 9), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum, Defendants' Motion to Dismiss (ECF No. 6) is **DENIED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge